IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Robert Philip Tuerk,                          :
                         Petitioner           :
                                              :
         v.                                   :        No. 894 C.D. 2021
                                              :
The Pennsylvania Department                   :
of Education, Bureau of School                :
Leadership and Teacher Quality,               :
Division of Certification Services,           :
                         Respondent           :


**PER CURIAM**                    **O R D E R**


NOW, May 1, 2023, upon consideration of Petitioner's application for reargument, the application is DENIED.